B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

**Name of Debtor** (if individual, enter Last, First, Middle):
Metroplex on the Atlantic, LLC

**Name of Joint Debtor** (Spouse) (Last, First, Middle):

**All Other Names used by the Debtor in the last 8 years**
(include married, maiden, and trade names):

**All Other Names used by the Joint Debtor in the last 8 years**
(include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)
7133

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)

**Street Address of Debtor** (No. and Street, City, and State):
120 Beach 26th Street
Far Rockaway, NY
ZIP Code: 11691

**Street Address of Joint Debtor** (No. and Street, City, and State):
ZIP Code:

**County of Residence or of the Principal Place of Business:**
Queens

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor** (if different from street address):
1 Bridle Path Drive
Old Westbury, NY
ZIP Code: 11568

**Mailing Address of Joint Debtor** (if different from street address):
ZIP Code:

**Location of Principal Assets of Business Debtor**
(if different from street address above):

---

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(12/11) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Metroplex on the Atlantic, LLC** | |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _[signature]_   5/28/15<br>Signature of Attorney for Debtor(s)   (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
*(Check any applicable box)*

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Metroplex on the Atlantic, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ [signature]*
Signature of Attorney for Debtor(s)

**Matthew G. Roseman MR-1387**
Printed Name of Attorney for Debtor(s)

**Cullen and Dykman LLP**
Firm Name

**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**

Address

**516-357-3700**
Telephone Number

5/28/15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ [signature]*
Signature of Authorized Individual

**Elzbieta Mielczarek**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

5/28/15
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Metroplex on the Atlantic, LLC**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter　**11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A-Uneeda Security, Inc.<br>P.O. Box 314<br>West Hempstead, NY 11552 | A-Uneeda Security, Inc.<br>P.O. Box 314<br>West Hempstead, NY 11552 | Alarm Installation | | 9,317.97 |
| Agovino & Asselta, LLP<br>330 Old Country Road<br>Suite 201<br>Mineola, NY 11501 | Agovino & Asselta, LLP<br>330 Old Country Road<br>Suite 201<br>Mineola, NY 11501 | Legal Services | | 10,771.07 |
| All Day & Night Locksmith<br>101-54 97th Street<br>Ozone Park, NY 11416 | All Day & Night Locksmith<br>101-54 97th Street<br>Ozone Park, NY 11416 | Lock Installation | | 8,000.00 |
| Bohdan Pyrozhyk<br>c/o Virginia & Ambinder, LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Bohdan Pyrozhyk<br>c/o Virginia & Ambinder, LLP<br>Lloyd Ambinder, Esq.<br>New York, NY 10006 | Labor Dispute Award | Disputed | 87,399.08 |
| Chase<br>L.C. System Inc.<br>444 Highway 96 East<br>P.O. Box 64887<br>St. Paul, MN 55164-0887 | Chase<br>L.C. System Inc.<br>444 Highway 96 East<br>St. Paul, MN 55164-0887 | Business Line of Credit | | 14,505.21 |
| Edwin Casco Ruilova<br>c/o Gerard Misk, Esq.<br>215-48 Jamaica Avenue<br>Queens Village, NY 11428 | Edwin Casco Ruilova<br>c/o Gerard Misk, Esq.<br>215-48 Jamaica Avenue<br>Queens Village, NY 11428 | Accident Settlement | | 20,000.00 |
| Gary Rosen, Esq.<br>110 Northern Blvd<br>Suite 322<br>Great Neck, NY 11021 | Gary Rosen, Esq.<br>110 Northern Blvd<br>Suite 322<br>Great Neck, NY 11021 | Legal Services | | 28,000.00 |
| Gerard Misk, Esq.<br>215-48 Jamaica Avenue<br>Queens Village, NY 11428 | Gerard Misk, Esq.<br>215-48 Jamaica Avenue<br>Queens Village, NY 11428 | Legal Services | | 46,000.00 |
| Jacek Rudyk<br>c/o Virginia & Ambinder, LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Jacek Rudyk<br>c/o Virginia & Ambinder, LLP<br>Lloyd Ambinder, Esq.<br>New York, NY 10006 | Labor Dispute Award | Disputed | 106,677.82 |

B4 (Official Form 4) (12/07) - Cont.

In re **Metroplex on the Atlantic, LLC**            Case No. _____

         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jordan M. Hyman, Esq.<br>119 North Park Avenue<br>Suite 209<br>Rockville Centre, NY 11570 | Jordan M. Hyman, Esq.<br>119 North Park Avenue<br>Suite 209<br>Rockville Centre, NY 11570 | Legal Services | | 18,000.00 |
| Kevin O'Brien, Esq.<br>Murphy,Bartol,O'Brien,LLP<br>22 Jericho Tpke, Ste. 103<br>Mineola, NY 11501 | Kevin O'Brien, Esq.<br>Murphy,Bartol,O'Brien,LLP<br>22 Jericho Tpke, Ste. 103<br>Mineola, NY 11501 | Legal Services | Disputed | 46,800.00 |
| LIPA<br>RUI Credit Services<br>P.O. Box 1349<br>Melville, NY 11747-0422 | LIPA<br>RUI Credit Services<br>P.O. Box 1349<br>Melville, NY 11747-0422 | Electric Bill for Apartments | | 33,579.16 |
| Marian Bucior<br>c/oVirginia &Ambinder LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Marian Bucior<br>c/oVirginia &Ambinder LLP<br>Lloyd Ambinder, Esq.<br>New York, NY 10006 | Labor Dispute Award | Disputed | 23,761.25 |
| Mark Kulesza<br>c/oVirginia &Ambinder LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Mark Kulesza<br>c/oVirginia &Ambinder LLP<br>Lloyd Ambinder, Esq.<br>New York, NY 10006 | Labor Dispute Award | Disputed | 34,563.91 |
| Mieczyslaw Smulka<br>c/oVirginia &Ambinder,LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Mieczyslaw Smulka<br>c/oVirginia &Ambinder,LLP<br>Lloyd Ambinder, Esq.<br>New York, NY 10006 | Labor Dispute Award | Disputed | 34,595.20 |
| Stanislaw Poplawski<br>c/oVirginia &Ambinder,LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Stanislaw Poplawski<br>c/oVirginia &Ambinder,LLP<br>Lloyd Ambinder, Esq.<br>New York, NY 10006 | Labor Dispute Award | Disputed | 100,456.73 |
| Stanislaw Puskarczyk<br>c/oVirginia &Ambinder,LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Stanislaw Puskarczyk<br>c/oVirginia &Ambinder,LLP<br>Lloyd Ambinder, Esq.<br>New York, NY 10006 | Labor Dispute Award | Disputed | 23,411.25 |
| Stefan Cybzik<br>c/oVirginia &Ambinder LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Stefan Cybzik<br>c/oVirginia &Ambinder LLP<br>Lloyd Ambinder, Esq.<br>New York, NY 10006 | Labor Dispute Award | Disputed | 25,400.16 |
| Timothy Walsh, Esq.<br>McDermott, Will & Emery<br>340 Madison Avenue<br>New York, NY 10173 | Timothy Walsh, Esq.<br>McDermott, Will & Emery<br>340 Madison Avenue<br>New York, NY 10173 | Legal Services | | 50,000.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   **Metroplex on the Atlantic, LLC**                           Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Waldemar Makson c/o Virginia &Ambinder LLP Lloyd Ambinder, Esq. 111 Broadway, Suite 1403 New York, NY 10006 | Waldemar Makson c/o Virginia &Ambinder LLP Lloyd Ambinder, Esq. New York, NY 10006 | Labor Dispute Award | Disputed | 68,166.63 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   5/28/15                        Signature  _/s/ Elzbieta Mielczarek_
                                                **Elzbieta Mielczarek**
                                                **Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of New York**

In re   **Metroplex on the Atlantic, LLC**                              Case No. _____
                                      Debtor(s)                          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: 5/28/15

Elzbieta Mielczarek/Member
Signer/Title

Date: _____

Signature of Attorney
**Matthew G. Roseman MR-1387**
**Cullen and Dykman LLP**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**
**516-357-3700**

A-Uneeda Security, Inc.
P.O. Box 314
West Hempstead, NY 11552


Agovino & Asselta, LLP
330 Old Country Road
Suite 201
Mineola, NY 11501


All Day & Night Locksmith
101-54 97th Street
Ozone Park, NY 11416


Allied Account Services
423 Bedford Avenue
Bellmore, NY 11710


American Dream
Infinity Corp.
Attn: Edwin Bissell
15 Division Pl., Ste 2000
Brooklyn, NY 11222


Big Apple
Construction Corp.
Attn: Pawel Znoska
15 Division Pl, Ste. L
Brooklyn, NY 11222


Bohdan Pyrozhyk
c/oVirginia &Ambinder,LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Bruce Supply
8805 18th Avenue
Brooklyn, NY 11214


Chase
L.C. System Inc.
444 Highway 96 East
P.O. Box 64887
St. Paul, MN 55164-0887

Complete Kitchens LTD
c/o William Stein, Esq.
P.O. Box 30
1 Railroad Street
Haverstraw, NY 10927


Concorde Renovation
of New York, Inc.
Attn: Michael Grala
99 Kingsland Ave. Ste 101
Brooklyn, NY 11222


Dennis Lloyd
and Dorianne Diaz
120 Beach 26th Street
Apt. 413
Far Rockaway, NY 11691


DOF IV REIT Holdings, LLC
c/o Torchlight Loan
Svcs, LLC
230 Park Avenue, 12th Fl
New York, NY 10169


Dumesle Bessard
c/o Harman, Linder & Rogo
Mark Linder, Esq.
42 Broadway, Suite 227
New York, NY 10004


Edwin Casco Ruilova
c/o Gerard Misk, Esq.
215-48 Jamaica Avenue
Queens Village, NY 11428


Elzbieta Mielczarek
1 Bridle Path Drive
Old Westbury, NY 11568


Empire State Power, LLC
Attn: Darek Janczak
15 Division Place
Suite ESP
Brooklyn, NY 11222

Gabriel & Sciacca, CPA
23 Willis Avenue
Syosset, NY 11791


Gary Rosen, Esq.
110 Northern Blvd
Suite 322
Great Neck, NY 11021


Gerard Misk, Esq.
215-48 Jamaica Avenue
Queens Village, NY 11428


Grace & Semi Okunbowa
120 Beach 26th Street
Apt. 513
Far Rockaway, NY 11691


Harold Jamison
120 Beach 26th Street
Apt. 414
Far Rockaway, NY 11691


Jacek Rudyk
c/oVirginia &Ambinder,LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Jerzy Szymczyk
1 Bridle Path Drive
Old Westbury, NY 11568


Jordan M. Hyman, Esq.
119 North Park Avenue
Suite 209
Rockville Centre, NY 11570


Joseph Rissi, Esq.
Receiver
35-11 36th St., Ste 404
Long Island City, NY 11106

Kevin O'Brien, Esq.
Murphy,Bartol,O'Brien,LLP
22 Jericho Tpke, Ste. 103
Mineola, NY 11501


Kew Gardens Property LLC
99 Kingsland Avenue
Brooklyn, NY 11222


Lidia Buchowski
120 Beach 26th Street
Apt. 611
Far Rockaway, NY 11691


LIPA
RUI Credit Services
P.O. Box 1349
Melville, NY 11747-0422


Marian Bucior
c/oVirginia &Ambinder LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Mark Kulesza
c/oVirginia &Ambinder LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Mieczyslaw Smulka
c/oVirginia &Ambinder,LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


My Radio Store, Inc.
Attn: Angeliki Kosseris
22-36 74th Street
East Elmhurst, NY 11370


National Grid
L.C. System, Inc.
444 Highway 96 East
P.O. Box 64378
St. Paul, MN 55164-0378

NYS Dept of Environmental
Conservation, Region 2
Attn: Udom Drescher
47-40 21st Street
Long Island City, NY 11101


PW Grosser Consulting
Attn: Frank Castelano
630 Johnson Avenue
Bohemia, NY 11716


S&E Building
Materials Co., Inc.
608 Coney Island Avenue
Brooklyn, NY 11218


Saibo Danson
314 East 143rd Street
Apt. 3D
Bronx, NY 10451


Stanislaw Poplawski
c/oVirginia &Ambinder,LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Stanislaw Puskarczyk
c/oVirginia &Ambinder,LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Stefan Cybzik
c/oVirginia &Ambinder LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


T&T Tower Elevators
63 Lynhurst Avenue
Staten Island, NY 10305


Timothy Walsh, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Waldemar Makson
c/oVirginia &Ambinder LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Wojciech Szymczyk
120 Beach 26th Street
Apt. 409
Far Rockaway, NY 11691


York Mechanical
2 Park Avenue
Mezzanine
New York, NY 10016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): __Metroplex on the Atlantic, LLC__     CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):* _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):* _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):* _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

*[signature]*

**Matthew G. Roseman MR-1387**
Signature of Debtor's Attorney
**Cullen and Dykman LLP**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**
**516-357-3700**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

## WRITTEN CONSENT OF SOLE MEMBER
## IN LIEU OF MEETING
## METROPLEX ON THE ATLANTIC, LLC

The undersigned sole member (the "**Member**") of **METROPLEX ON THE ATLANTIC, LLC** (the "**Company**"), hereby consents to the adoption of the following resolutions and authorizes, approves, adopts and ratifies such resolutions with the same force and effect as if they were approved at a duly constituted meeting of the members of the Company and direct that this Consent be filed in the minute book of the Company:

RESOLVED, that in the judgment of the Member of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"); and

RESOLVED, that the Member of the Company, acting alone be, and hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, and to take any and all further acts and deeds that she deems necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED, that the Member be, and they hereby is, authorized and directed to employ the law firm of Cullen and Dykman LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Member is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Cullen and Dykman LLP; and

RESOLVED, that the Member be, and they hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Member is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the Member of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

\* \* \* \*

      IN WITNESS WHEREOF the undersigned have executed this consent as of the 28th day of May, 2015.

_____
ELZBIETA MIELCZAREK
Member