B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Metroplex on the Atlantic, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Dream Infinity Corp. Attn: Edwin Bissell 15 Division Pl., Ste 2000 Brooklyn, NY 11222 | American Dream Infinity Corp. Attn: Edwin Bissell Brooklyn, NY 11222 | 120 Beach 26th Street Far Rockaway, NY 11691 | Disputed | 3,820,000.00 |
| Big Apple Construction Corp. Attn: Pawel Znoska 15 Division Pl, Ste. L Brooklyn, NY 11222 | Big Apple Construction Corp. Attn: Pawel Znoska Brooklyn, NY 11222 | 120 Beach 26th Street Far Rockaway, NY 11691 | Disputed | 1,277,000.00 |
| Bohdan Pyrozhyk c/oVirginia &Ambinder,LLP Lloyd Ambinder, Esq. 111 Broadway, Suite 1403 New York, NY 10006 | Bohdan Pyrozhyk c/oVirginia &Ambinder,LLP Lloyd Ambinder, Esq. New York, NY 10006 | Labor Dispute Award | Disputed | 87,399.08 |
| Concorde Renovation of New York, Inc. Attn: Michael Grala 99 Kingsland Ave. Ste 101 Brooklyn, NY 11222 | Concorde Renovation of New York, Inc. Attn: Michael Grala Brooklyn, NY 11222 | 120 Beach 26th Street Far Rockaway, NY 11691 | Disputed | 2,131,200.00 |
| Diplomat Realty Int'l Corp. 17-20 Whitestone Expy Suite 101 Whitestone, NY 11357 | Diplomat Realty Int'l Corp. 17-20 Whitestone Expy Whitestone, NY 11357 | Consulting Services | | 200,000.00 |
| Empire State Power, LLC Attn: Darek Janczak 15 Division Place Suite ESP Brooklyn, NY 11222 | Empire State Power, LLC Attn: Darek Janczak 15 Division Place Brooklyn, NY 11222 | 120 Beach 26th Street Far Rockaway, NY 11691 | Disputed | 756,856.40 |
| Gary Rosen, Esq. 110 Northern Blvd Suite 322 Great Neck, NY 11021 | Gary Rosen, Esq. 110 Northern Blvd Suite 322 Great Neck, NY 11021 | Legal Services | | 28,000.00 |
| Ginsberg & Misk, LLP 215-48 Jamaica Avenue Queens Village, NY 11428 | Ginsberg & Misk, LLP 215-48 Jamaica Avenue Queens Village, NY 11428 | Legal Services | | 52,564.70 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Metroplex on the Atlantic, LLC**                    Case No. _____
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Jacek Rudyk<br>c/oVirginia &Ambinder,LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Jacek Rudyk<br>c/oVirginia &Ambinder,LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Labor Dispute Award | Disputed | 106,677.82 |
| Latin American Container Service, Inc.<br>911 Longfellow Avenue<br>Bronx, NY 10474 | Latin American Container Service, Inc.<br>911 Longfellow Avenue<br>Bronx, NY 10474 | Container Service | | 28,000.00 |
| Law Office of<br>Jeffrey Galperin<br>11 Howard Place<br>Rye, NY 10580 | Law Office of<br>Jeffrey Galperin<br>11 Howard Place<br>Rye, NY 10580 | Legal Services | | 50,000.00 |
| LIPA<br>RUI Credit Services<br>P.O. Box 1349<br>Melville, NY 11747-0422 | LIPA<br>RUI Credit Services<br>P.O. Box 1349<br>Melville, NY 11747-0422 | Electric Bill for Apartments | | 33,579.16 |
| Mark Kulesza<br>c/oVirginia &Ambinder LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Mark Kulesza<br>c/oVirginia &Ambinder LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Labor Dispute Award | Disputed | 34,563.91 |
| McDermott, Will & Emery<br>340 Madison Avenue<br>New York, NY 10173 | McDermott, Will & Emery<br>340 Madison Avenue<br>New York, NY 10173 | Legal Services | | 57,000.00 |
| Mieczyslaw Smulka<br>c/oVirginia &Ambinder, LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Mieczyslaw Smulka<br>c/oVirginia &Ambinder, LLP<br>Lloyd Ambinder, Esq.<br>New York, NY 10006 | Labor Dispute Award | Disputed | 34,595.20 |
| Murphy, Bartol,<br>O'Brien, LLP<br>22 Jericho Tpke., Ste 103<br>Mineola, NY 11501 | Murphy, Bartol,<br>O'Brien, LLP<br>22 Jericho Tpke., Ste 103<br>Mineola, NY 11501 | Legal Services | Disputed | 51,878.86 |
| My Radio Store, Inc.<br>Attn: Angeliki Kosseris<br>22-36 74th Street<br>East Elmhurst, NY 11370 | My Radio Store, Inc.<br>Attn: Angeliki Kosseris<br>22-36 74th Street<br>East Elmhurst, NY 11370 | 120 Beach 26th Street<br>Far Rockaway, NY 11691 | Disputed | 1,650,000.00 |
| Stanislaw Poplawski<br>c/oVirginia &Ambinder,LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Stanislaw Poplawski<br>c/oVirginia &Ambinder,LLP<br>Lloyd Ambinder, Esq.<br>New York, NY 10006 | Labor Dispute Award | Disputed | 100,456.73 |
| Waldemar Makson<br>c/oVirginia &Ambinder LLP<br>Lloyd Ambinder, Esq.<br>111 Broadway, Suite 1403<br>New York, NY 10006 | Waldemar Makson<br>c/oVirginia &Ambinder LLP<br>Lloyd Ambinder, Esq.<br>New York, NY 10006 | Labor Dispute Award | Disputed | 68,166.63 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Metroplex on the Atlantic, LLC**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| York Mechanical<br>2 Park Avenue<br>Mezzanine<br>New York, NY 10016 | York Mechanical<br>2 Park Avenue<br>Mezzanine<br>New York, NY 10016 | 120 Beach 26th Street<br>Far Rockaway, NY 11691 | Disputed | 56,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   JUNE 30, 2015                           Signature _____

                                               **Elzbieta Mielczarek**
                                               **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of New York

In re    **Metroplex on the Atlantic, LLC**              Case No. _____

                           Debtor

Chapter _____ **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 51,250,000.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 32,333,104.62 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 21,625,859.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 51,250,000.00 | | |
| Total Liabilities | | | | 53,958,964.57 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Eastern District of New York

In re **Metroplex on the Atlantic, LLC** _____   Case No. _____

_____ Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Metroplex on the Atlantic, LLC** Case No. _____

_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **126 Unit Condominium Building**<br><br>**Location: 120 Beach 26th Street**<br>**Far Rockaway, NY 11691** | **Fee Simple** | - | 51,250,000.00 | 33,699,380.77 |

|  |  |  |
|---|---|---|
| Sub-Total > | **51,250,000.00** | (Total of this page) |
| Total > | **51,250,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Metroplex on the Atlantic, LLC**                                    Case No. _____
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture and Appliances in Individual Units** Location: **120 Beach 26th Street Far Rockaway, NY 11691** | - | **Unknown** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           **0.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __Metroplex on the Atlantic, LLC_____     Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Unpaid Rents for Apartments at 120 Beach 26th Street, Far Rockaway, New York** | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Lender, Prior Lender, Receiver, Management Company and Contractor for extensive damage to property and missing equipment** | - | Unknown |

                                                          Sub-Total >          0.00
                                                  (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Metroplex on the Atlantic, LLC**                                    Case No. _____
                                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Sofa, Cabinets, Desks, Chairs, Phones, Audio**  **Location: 120 Beach 26th Street, Far Rockaway, NY 11691** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Door Panels, Light Fixtures, tool, equipment, construction material**  **Location: 120 Beach 26th Street, Far Rockaway, NY 11691** | - | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **0.00** |

(Report also on Summary of Schedules)

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

B6D (Official Form 6D) (12/07)

In re  **Metroplex on the Atlantic, LLC**
_____ ,
Debtor

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/15/10 | | | | | |
| Bruce Supply 8805 18th Avenue Brooklyn, NY 11214 | | - | Mechanic's Lien 120 Beach 26th Street Far Rockaway, NY 11691 | | | X | | |
| | | | Value $              51,250,000.00 | | | | 36,129.43 | 0.00 |
| Account No. | | | 8/11/10 | | | | | |
| Complete Kitchens LTD c/o William Stein, Esq. P.O. Box 30 1 Railroad Street Haverstraw, NY 10927 | | - | Mechanic's Lien 120 Beach 26th Street Far Rockaway, NY 11691 | | | X | | |
| | | | Value $              51,250,000.00 | | | | 98,241.02 | 0.00 |
| Account No. | | | 8/6/07 | | | | | |
| DOF IV Metroplex, LLC c/o Torchlight Loan Svcs, LLC 230 Park Avenue, 12th Fl New York, NY 10169 | X | - | Mortgage Lien 120 Beach 26th Street Far Rockaway, NY 11691 | | | X | | |
| | | | Value $              51,250,000.00 | | | | 31,430,346.00 | 0.00 |
| Account No. | | | 5/18/10 | | | | | |
| PW Grosser Consulting Attn: Frank Castelano 630 Johnson Avenue Bohemia, NY 11716 | | - | Mechanic's Lien 120 Beach 26th Street Far Rockaway, NY 11691 | | | X | | |
| | | | Value $              51,250,000.00 | | | | 9,600.00 | 0.00 |

_1_ continuation sheets attached

Subtotal
(Total of this page)

31,574,316.45         0.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Metroplex on the Atlantic, LLC**                                                    Case No. _____
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 5/14/10 | | | | | |
| Saibo Danson 314 East 143rd Street Apt. 3D Bronx, NY 10451 | - | | Mechanic's lien 120 Beach 26th Street Far Rockaway, NY 11691 | | | X | | |
| | | | Value $          51,250,000.00 | | | | 51,132.00 | 0.00 |
| Account No. | | | Judgment Lien | | | | | |
| Susan Anderson c/o Orrick, Herrington & Sutcliffe LLP 51 West 52nd Street New York, NY 10019 | - | | | | | X | | |
| | | | Value $                    0.00 | | | | 650,400.00 | 0.00 |
| Account No. | | | 7/19/10 | | | | | |
| T&T Tower Elevators 63 Lynhurst Avenue Staten Island, NY 10305 | - | | Mechanic's lien 120 Beach 26th Street Far Rockaway, NY 11691 | | | X | | |
| | | | Value $          51,250,000.00 | | | | 57,256.17 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 758,788.17 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 32,333,104.62 | 0.00 |

B6E (Official Form 6E) (4/10)

In re  **Metroplex on the Atlantic, LLC**                                          Case No. _____
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

---

\* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

0_____ continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Metroplex on the Atlantic, LLC**                                                  Case No. _____

                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>A-Uneeda Security, Inc. <br>P.O. Box 314 <br>West Hempstead, NY 11552 | | - | Alarm Installation | | | | 9,317.97 |
| Account No. <br><br>Agovino & Asselta, LLP <br>330 Old Country Road <br>Suite 201 <br>Mineola, NY 11501 | | - | Legal Services | | | | 10,771.07 |
| Account No. <br><br>All Day & Night Locksmith <br>101-54 97th Street <br>Ozone Park, NY 11416 | | - | Lock Installation | | | | 8,000.00 |
| Account No. M6893001 <br><br>Allied Account Services <br>423 Bedford Avenue <br>Bellmore, NY 11710 | | - | Notice Purposes Only | | | | 0.00 |
| | | | | | Subtotal <br>(Total of this page) | | 28,089.04 |

  7   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Metroplex on the Atlantic, LLC**                                    Case No. _____

_____,
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/1/12 120 Beach 26th Street Far Rockaway, NY 11691 | | | | |
| **American Dream Infinity Corp.** Attn: Edwin Bissell 15 Division Pl., Ste 2000 Brooklyn, NY 11222 | - | | | | | | X | 3,820,000.00 |
| Account No. | | | | 6/1/12 120 Beach 26th Street Far Rockaway, NY 11691 | | | | |
| **Big Apple Construction Corp.** Attn: Pawel Znoska 15 Division Pl, Ste. L Brooklyn, NY 11222 | - | | | | | | X | 1,277,000.00 |
| Account No. | | | | Labor Dispute Award | | | | |
| **Bohdan Pyrozhyk** c/o Virginia &Ambinder,LLP Lloyd Ambinder, Esq. 111 Broadway, Suite 1403 New York, NY 10006 | - | | | | | | X | 87,399.08 |
| Account No. | | | | 6/1/12 120 Beach 26th Street Far Rockaway, NY 11691 | | | | |
| **Concorde Renovation of New York, Inc.** Attn: Michael Grala 99 Kingsland Ave. Ste 101 Brooklyn, NY 11222 | - | | | | | | X | 2,131,200.00 |
| Account No. | | | | Consulting Services | | | | |
| **Diplomat Realty Int'l Corp.** 17-20 Whitestone Expy Suite 101 Whitestone, NY 11357 | - | | | | | | | 200,000.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | **7,515,599.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metroplex on the Atlantic, LLC**                                    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dumesle Bessard** c/o Harman, Linder & Rogo Mark Linder, Esq. 42 Broadway, Suite 227 New York, NY 10004 | - | | | X | X | | Unknown |
| Account No. | | | Accident Settlement | | | | |
| **Edwin Casco Ruilova** c/o Gerard Misk, Esq. 215-48 Jamaica Avenue Queens Village, NY 11428 | - | | | | | | 20,000.00 |
| Account No. | | | Loans for land acquisition, foundation, plans and filings | | | | |
| **Elzbieta Mielczarek** 1 Bridle Path Drive Old Westbury, NY 11568 | - | | | | | | 7,500,000.00 |
| Account No. | | | 6/1/12 120 Beach 26th Street Far Rockaway, NY 11691 | | | | |
| **Empire State Power, LLC** Attn: Darek Janczak 15 Division Place Suite ESP Brooklyn, NY 11222 | - | | | | | X | 756,856.40 |
| Account No. 510CH1 | | | Accounting Services | | | | |
| **Gabriel & Sciacca, CPA** 23 Willis Avenue Syosset, NY 11791 | - | | | | | | 6,250.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,283,106.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metroplex on the Atlantic, LLC**                                          Case No. _____

                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Legal Services | | | | |
| Gary Rosen, Esq. 110 Northern Blvd Suite 322 Great Neck, NY 11021 | | - | | | | | 28,000.00 |
| Account No. | | | Legal Services | | | | |
| Ginsberg & Misk, LLP 215-48 Jamaica Avenue Queens Village, NY 11428 | | | | | | | 52,564.70 |
| Account No. | | | Labor Dispute Award | | | | |
| Jacek Rudyk c/oVirginia &Ambinder,LLP Lloyd Ambinder, Esq. 111 Broadway, Suite 1403 New York, NY 10006 | | - | | | | X | 106,677.82 |
| Account No. | | | Legal Services | | | | |
| Jordan M. Hyman, Esq. 119 North Park Avenue Suite 209 Rockville Centre, NY 11570 | | - | | | | | 18,000.00 |
| Account No. | | | Notice Purposes Only | | | | |
| Joseph Rissi, Esq. Receiver 35-11 36th St., Ste 404 Long Island City, NY 11106 | | - | | | | | 0.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     205,242.52

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metroplex on the Atlantic, LLC**                                        Case No. _____

                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Loan to Purchase Land and for Construction** | | | | |
| **Kew Gardens Property, LLC** **1 Bridle Path Drive** **Old Westbury, NY 11568** | - | | | | | | 2,410,000.00 |
| Account No. | | | **Container Service** | | | | |
| **Latin American Container Service, Inc.** **911 Longfellow Avenue** **Bronx, NY 10474** | - | | | | | | 28,000.00 |
| Account No. | | | **Legal Services** | | | | |
| **Law Office of** **Jeffrey Galperin** **11 Howard Place** **Rye, NY 10580** | - | | | | | | 50,000.00 |
| Account No. | | | **Electric Bill for Apartments** | | | | |
| **LIPA** **RUI Credit Services** **P.O. Box 1349** **Melville, NY 11747-0422** | - | | | | | | 33,579.16 |
| Account No. | | | **Labor Dispute Award** | | | | |
| **Marian Bucior** **c/oVirginia &Ambinder LLP** **Lloyd Ambinder, Esq.** **111 Broadway, Suite 1403** **New York, NY 10006** | - | | | | | X | 23,761.25 |

| | | |
|---|---|---|
| Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,545,340.41 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metroplex on the Atlantic, LLC**                                    Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H / W / J / C | | | | | |
| Account No. | | | Labor Dispute Award | | | | |
| Mark Kulesza c/oVirginia &Ambinder LLP Lloyd Ambinder, Esq. 111 Broadway, Suite 1403 New York, NY 10006 | | - | | | | X | 34,563.91 |
| Account No. | | | Legal Services | | | | |
| McDermott, Will & Emery 340 Madison Avenue New York, NY 10173 | | - | | | | | 57,000.00 |
| Account No. | | | Labor Dispute Award | | | | |
| Mieczyslaw Smulka c/oVirginia &Ambinder,LLP Lloyd Ambinder, Esq. 111 Broadway, Suite 1403 New York, NY 10006 | | - | | | | X | 34,595.20 |
| Account No. | | | Legal Services | | | | |
| Murphy, Bartol, O'Brien, LLP 22 Jericho Tpke., Ste 103 Mineola, NY 11501 | | - | | | | X | 51,878.86 |
| Account No. | | | 6/4/12 120 Beach 26th Street Far Rockaway, NY 11691 | | | | |
| My Radio Store, Inc. Attn: Angeliki Kosseris 22-36 74th Street East Elmhurst, NY 11370 | | - | | | | X | 1,650,000.00 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      1,828,037.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metroplex on the Atlantic, LLC**                                        Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5159**<br><br>**National Grid**<br>**L.C. System, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64378**<br>**St. Paul, MN 55164-0378** | - | | Electric | | | | 835.46 |
| Account No. **0071674501**<br><br>**National Grid**<br>**L.C. System, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64378**<br>**St. Paul, MN 55164-0378** | | | Gas | | | | 1,225.46 |
| Account No.<br><br>**NYS Dept of Environmental**<br>**Conservation, Region 2**<br>**Attn: Udom Drescher**<br>**47-40 21st Street**<br>**Long Island City, NY 11101** | - | | Notice Purposes Only | | | | 0.00 |
| Account No.<br><br>**Royal J & E Properties,**<br>**LLC**<br>**1 Bridle Path Drive**<br>**Old Westbury, NY 11568** | - | | Loan to Purchase Land | | | | 941,559.00 |
| Account No.<br><br>**S&E Building**<br>**Materials Co., Inc.**<br>**608 Coney Island Avenue**<br>**Brooklyn, NY 11218** | - | | 5/26/10<br>**120 Beach 26th Street**<br>**Far Rockaway, NY 11691** | | | X | 3,389.84 |

Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    947,009.76

B6F (Official Form 6F) (12/07) - Cont.

In re **Metroplex on the Atlantic, LLC**                                    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Labor Dispute Award | | | | |
| Stanislaw Poplawski c/oVirginia &Ambinder,LLP Lloyd Ambinder, Esq. 111 Broadway, Suite 1403 New York, NY 10006 | | - | | | | X | 100,456.73 |
| Account No. | | | Labor Dispute Award | | | | |
| Stanislaw Puskarczyk c/oVirginia &Ambinder,LLP Lloyd Ambinder, Esq. 111 Broadway, Suite 1403 New York, NY 10006 | | - | | | | X | 23,411.25 |
| Account No. | | | Labor Dispute Award | | | | |
| Stefan Cybzik c/oVirginia &Ambinder LLP Lloyd Ambinder, Esq. 111 Broadway, Suite 1403 New York, NY 10006 | | - | | | | X | 25,400.16 |
| Account No. | | | Labor Dispute Award | | | | |
| Waldemar Makson c/oVirginia &Ambinder LLP Lloyd Ambinder, Esq. 111 Broadway, Suite 1403 New York, NY 10006 | | - | | | | X | 68,166.63 |
| Account No. | | | 6/20/12 120 Beach 26th Street Far Rockaway, NY 11691 | | | | |
| York Mechanical 2 Park Avenue Mezzanine New York, NY 10016 | | | | | | X | 56,000.00 |

Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 273,434.77 |
| Total (Report on Summary of Schedules) | 21,625,859.95 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Metroplex on the Atlantic, LLC**                        Case No. _____

                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Metroplex on the Atlantic, LLC**                                    Case No. _____
_____
                                         Debtor

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Elzbieta Mielczarek**<br>**1 Bridle Path Drive**<br>**Old Westbury, NY 11568** | **DOF IV Metroplex, LLC**<br>**c/o Torchlight Loan**<br>**Svcs, LLC**<br>**230 Park Avenue, 12th Fl**<br>**New York, NY 10169** |
| **Kew Gardens Property LLC**<br>**1 Bridle Path Drive**<br>**Old Westbury, NY 11568**<br>  **(limited to value of property pledged as**<br>**additional collateral for creditors' loan)** | **DOF IV Metroplex, LLC**<br>**c/o Torchlight Loan**<br>**Svcs, LLC**<br>**230 Park Avenue, 12th Fl**<br>**New York, NY 10169** |

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Metroplex on the Atlantic, LLC**

_____
Debtor(s)

Case No.  _____

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**19**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  JUNE 30, 2015

Signature  _____

**Elzbieta Mielczarek**
**Member**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Metroplex on the Atlantic, LLC**           Case No. _____

Debtor(s)         Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | 2014 - Unknown |
| $0.00 | 2013 - Unknown |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT           SOURCE

#### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Community Preservation Corp. v. Metroplex on the Atlantic, LLC**<br>**Index Number: 23079/10** | **Foreclosure** | **Supreme Court, Queens County** | **Pending** |
| **Stanislaw Poplawski v. Metroplex on the Atlantic, LLC**<br>**Docket Number: 11-CV-3765** | **Unpaid wages suit** | **United States District Court - Eastern District of New York** | **Pending** |
| **Metroplex on the Atlantic, LLC. v. Richard George, et al.**<br>**Index Number: 13349/06** | **Easement Litigation** | **Supreme Court, Queens County** | **Judgment v. Debtor** |
| **Edwin Casco Ruilova v. Metroplex on the Atlantic, LLC**<br>**Index Number: 36301/07** | **Negligence** | **Supreme Court, Kings County** | **Disposed** |
| **Dumesle Bessard v. Metroplex on the Atlantic, LLC**<br>**Index Number: 6299/13** | **Negligence** | **Supreme Court, Kings County** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **DOV IV Metroplex LLC v. Kew Gardens Property, LLC, Metroplex on the Atlantic , et al. Index No. 6138/2006** | **Foreclosure of Cross-Collateralized Mortgage** | **Supreme Court, Queens County** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Joseph Rissi, Esq. Receiver 35-11 36th Street Suite 404 Long Island City, NY 11106** | **Supreme Court, Queens County Community Preservation Corp. v. Metroplex on the Atlantic, LLC, et al. Index Number: 23079/10** | **5/18/11** | **120 Beach 26th Street Far Rockaway, NY 11691 $51,250,000** |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **120 Beach 26th Street Far Rockaway, NY 11691** | **Extensive damage to building and loss/theft of equipment, tools, supplies, furnishings** | **Unknown** |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cullen & Dykman, LLP 100 Quentin Roosevelt Boulevard Garden City, NY 11530** | **May 27, 2013 Cascade Equities LLC (entity owned by family friend)** | **$25,000.00 - Retainer** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Metroplex on the Atlantic, LLC**<br>**120 Beach 26th Street**<br>**Far Rockaway, NY 11690** | **NYS Dept. of EnvironmentalConservation** | | |

None  ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  ☐    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **NYS Dept of Environmental Conservation** | **DEC R2-200 60501-193** | **Settled Order on Consent on 1/25/2007** |

---

### 18 . Nature, location and name of business

None  ☒    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None  ☒    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■     of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                    DATES SERVICES RENDERED

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐     of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS
**Joseph Rissi, Esq.**                        **35-11 36th Street**
                                              **Suite 404**
                                              **Long Island City, NY 11106**

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■     issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■     and the dollar amount and basis of each inventory.

                                                         DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY          INVENTORY SUPERVISOR          (Specify cost, market or other basis)

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                             RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                NATURE OF INTEREST               PERCENTAGE OF INTEREST

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                         NATURE AND PERCENTAGE
NAME AND ADDRESS                TITLE                     OF STOCK OWNERSHIP
**Elzbieta Mielczarek**         **Member**               **100 % Sole Owner**
**1 Bridle Path Drive**
**Old Westbury, NY 11568**

### 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   _JUNE 30, 2015_      Signature   _Mielorek_

          **Elzbieta Mielczarek**
          **Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of New York

In re   **Metroplex on the Atlantic, LLC** _____     Case No. _____

Debtor(s)                                        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 0.00 |
    | Prior to the filing of this statement I have received | $ | 25,000.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☐ Debtor     ☒ Other (specify):     Debtor's Principal and Family Members

3.  The source of compensation to be paid to me is:

    ☐ Debtor     ☒ Other (specify):     Proceeds of sale of property or through a plan of reorganization.

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    6/30/15 _____

Matthew G. Roseman MR-1387
**Cullen and Dykman LLP**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**
**516-357-3700**

---

## United States Bankruptcy Court
### Eastern District of New York

In re    **Metroplex on the Atlantic, LLC** _____    Case No. _____
                                    Debtor(s)                    Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Elzbieta Mielczarek<br>1 Bridle Path Drive<br>Old Westbury, NY 11568 | | | 100% LLC<br>Member Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    JUNE 30, 2015 _____    Signature _____
                                                **Elzbieta Mielczarek**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re    __Metroplex on the Atlantic, LLC__ _____    Case No. _____

_____    Chapter    __11__ _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  JUNE 30, 2015 _____

Date:  6/30/2015 _____

_____
**Elzbieta Mielczarek/Member**
Signer/Title

_____
Signature of Attorney
**Matthew G. Roseman MR-1387**
**Cullen and Dykman LLP**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**
**516-357-3700**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

A-Uneeda Security, Inc.
P.O. Box 314
West Hempstead, NY 11552


Agovino & Asselta, LLP
330 Old Country Road
Suite 201
Mineola, NY 11501


All Day & Night Locksmith
101-54 97th Street
Ozone Park, NY 11416


Allied Account Services
423 Bedford Avenue
Bellmore, NY 11710


American Dream
Infinity Corp.
Attn: Edwin Bissell
15 Division Pl., Ste 2000
Brooklyn, NY 11222


Big Apple
Construction Corp.
Attn: Pawel Znoska
15 Division Pl, Ste. L
Brooklyn, NY 11222


Bohdan Pyrozhyk
c/oVirginia &Ambinder,LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Bruce Supply
8805 18th Avenue
Brooklyn, NY 11214


Complete Kitchens LTD
c/o William Stein, Esq.
P.O. Box 30
1 Railroad Street
Haverstraw, NY 10927

Concorde Renovation
of New York, Inc.
Attn: Michael Grala
99 Kingsland Ave. Ste 101
Brooklyn, NY 11222


Diplomat Realty Int'l
Corp.
17-20 Whitestone Expy
Suite 101
Whitestone, NY 11357


DOF IV Metroplex, LLC
c/o Torchlight Loan
Svcs, LLC
230 Park Avenue, 12th Fl
New York, NY 10169


Dumesle Bessard
c/o Harman, Linder & Rogo
Mark Linder, Esq.
42 Broadway, Suite 227
New York, NY 10004


Edwin Casco Ruilova
c/o Gerard Misk, Esq.
215-48 Jamaica Avenue
Queens Village, NY 11428


Elzbieta Mielczarek
1 Bridle Path Drive
Old Westbury, NY 11568


Empire State Power, LLC
Attn: Darek Janczak
15 Division Place
Suite ESP
Brooklyn, NY 11222


Gabriel & Sciacca, CPA
23 Willis Avenue
Syosset, NY 11791


Gary Rosen, Esq.
110 Northern Blvd
Suite 322
Great Neck, NY 11021

Ginsberg & Misk, LLP
215-48 Jamaica Avenue
Queens Village, NY 11428


Jacek Rudyk
c/oVirginia &Ambinder,LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Jordan M. Hyman, Esq.
119 North Park Avenue
Suite 209
Rockville Centre, NY 11570


Joseph Rissi, Esq.
Receiver
35-11 36th St., Ste 404
Long Island City, NY 11106


Kew Gardens Property LLC
1 Bridle Path Drive
Old Westbury, NY 11568


Kew Gardens Property, LLC
1 Bridle Path Drive
Old Westbury, NY 11568


Latin American Container
Service, Inc.
911 Longfellow Avenue
Bronx, NY 10474


Law Office of
Jeffrey Galperin
11 Howard Place
Rye, NY 10580


LIPA
RUI Credit Services
P.O. Box 1349
Melville, NY 11747-0422

Marian Bucior
c/oVirginia &Ambinder LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Mark Kulesza
c/oVirginia &Ambinder LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173


Mieczyslaw Smulka
c/oVirginia &Ambinder,LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Murphy, Bartol,
O'Brien, LLP
22 Jericho Tpke., Ste 103
Mineola, NY 11501


My Radio Store, Inc.
Attn: Angeliki Kosseris
22-36 74th Street
East Elmhurst, NY 11370


National Grid
L.C. System, Inc.
444 Highway 96 East
P.O. Box 64378
St. Paul, MN 55164-0378


NYS Dept of Environmental
Conservation, Region 2
Attn: Udom Drescher
47-40 21st Street
Long Island City, NY 11101

PW Grosser Consulting
Attn: Frank Castelano
630 Johnson Avenue
Bohemia, NY 11716


Royal J & E Properties,
LLC
1 Bridle Path Drive
Old Westbury, NY 11568


S&E Building
Materials Co., Inc.
608 Coney Island Avenue
Brooklyn, NY 11218


Saibo Danson
314 East 143rd Street
Apt. 3D
Bronx, NY 10451


Stanislaw Poplawski
c/oVirginia &Ambinder,LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Stanislaw Puskarczyk
c/oVirginia &Ambinder,LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Stefan Cybzik
c/oVirginia &Ambinder LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


Susan Anderson
c/o Orrick, Herrington &
Sutcliffe LLP
51 West 52nd Street
New York, NY 10019


T&T Tower Elevators
63 Lynhurst Avenue
Staten Island, NY 10305

Waldemar Makson
c/oVirginia &Ambinder LLP
Lloyd Ambinder, Esq.
111 Broadway, Suite 1403
New York, NY 10006


York Mechanical
2 Park Avenue
Mezzanine
New York, NY 10016

# United States Bankruptcy Court
### Eastern District of New York

In re  **Metroplex on the Atlantic, LLC**

Debtor(s)

Case No. _____

Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Metroplex on the Atlantic, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

_____6/30/2015_____
Date

_____
**Matthew G. Roseman MR-1387**
Signature of Attorney or Litigant
Counsel for  **Metroplex on the Atlantic, LLC**
**Cullen and Dykman LLP**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**
**516-357-3700**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Metroplex on the Atlantic, LLC          **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
(OVER)

DISCLOSURE OF RELATED CASES (cont'd)
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**Matthew G. Roseman MR-1387**
Signature of Debtor's Attorney
**Cullen and Dykman LLP**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**
**516-357-3700**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

IN RE:    **Metroplex on the Atlantic, LLC**

Chapter    11

Case No.:

Debtor(s)

STATEMENT PURSUANT TO LOCAL RULE 2017

------------------------------------------------X

I, **Matthew G. Roseman MR-1387**, an attorney admitted to practice in this Court, state:

1.  That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2.  That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
| --- | --- |
| .80 (Initially consulted in 2013 when financial condition, etc. was analyzed.) | Initial interview, analysis of financial condition, etc. |
| 5.7 | Preparation and review of Bankruptcy petition |

3.  That my firm will also represent the debtor(s) at the first meeting of creditors.

4.  That all services rendered prior to the filing of the petition herein were rendered by my firm.

5.  That my usual rate of compensation of bankruptcy matters of this type is $ 535.00 per hour, and associates and partners assigned to this case will have hourly rates ranging from $225-$485 per hour.

Dated:    June *30*, 2015

Matthew G. Roseman MR-1387
Attorney for debtor(s)
**Cullen and Dykman LLP**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**

**516-357-3700**